IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| TRAVIS CHAMBERS, | § |
| (SPN #02406376), | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-18-4033 |
| | § |
| HARRIS COUNTY JAIL, | § |
| Defendant. | § |

**MEMORANDUM ON DISMISSAL**

Travis Chambers is an inmate of the Harris County Jail. In an order entered on October 2018, this Court directed Chambers to pay a fee of $350.00 or submit an application to proceed in forma pauperis within thirty days. Chambers was instructed to attach a certified copy of his inmate trust fund account history. This Court admonished Chambers that failure to comply as directed within the time specified may result in dismissal of this action for want of prosecution. (Docket Entry No. 4).

Chambers has not responded to this Court's order entered on October 31, 2018. Chambers's failure to comply with this Court's order forces this Court to conclude that he lacks due diligence.

Under the inherent powers necessarily vested in a court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 James Wm. Moore et al., *Moore's Federal Practice* § 41.51(3)(b) & (e) (3d ed. 2017). Upon a proper showing, relief from this order may be granted in accordance with Fed. R. Civ. P. 60(b). *See*

*Link*, 370 U.S. at 635.

This action is DISMISSED without prejudice for want of prosecution.

SIGNED at Houston, Texas, on ___DEC 7___, 2018.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2018\18-4033.b01.wpd                 2